**Order filed November 10, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00652-CV

———————

**LINDA M. SMITH, Appellant**

**V.**

**MARY DAVIS, Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-09413**

## ORDER

Appellant's brief was filed on September 15, 2015. On October 5, 2015, the court issued an order instructing appellant to file an amended brief in compliance with Rule 38 of the Texas Rules of Appellate Procedure.

On November 2, 2015, appellant filed an amended brief, which also failed to comply with Rule 38 of the Texas Rules of Appellate Procedure. Specifically, appellant has failed to provide "clear and concise argument for the contentions

made, with appropriate citations to authorities and to the record." Tex. R. App. P. 38.1(i).

Pursuant to Rule 38.9, we strike appellant's brief filed November 2, 2015. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within 15 days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM